BEFORE THE FIRST DIVISION, JANUARY 9, 1946

**No. 50799.**—Protest 118771–K of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74), the protest was sustained as claimed.

**No. 50800.**—Protests 110196–K, etc., of Glove Leather & Wool Corp. et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.